UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-290 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| MARK SAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:   Access Device Fraud; Aggravated Identity Theft

Date of Detention Hearing:   June 26, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant is charged by Indictment in the District of Montana, Case No. CR08-32-M-DWM. He is alleged to have devised an assumed identity to misrepresent himself to law

01 enforcement and to have engaged in the unauthorized use of an American Express credit card to
02 charter a jet to Mexico.
03     (2)    The defendant has almost no ties to this District or to the charging District. He
04 is two months in arrears in rent in his apartment and is subject to eviction if the rent is not paid.
05 Much of his background information is not verified and some is contradicted by his mother. He
06 does not have close ties to his family.
07     (3)    There does not appear to be any condition or combination of conditions that will
08 reasonably assure the defendant's appearance at future Court hearings.
09 It is therefore ORDERED:
10     (1)    Defendant shall be detained pending trial and committed to the custody of the
11     Attorney General for confinement in a correction facility separate, to the extent
12     practicable, from persons awaiting or serving sentences or being held in custody
13     pending appeal;
14     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
15     counsel;
16     (3)    On order of a court of the United States or on request of an attorney for the
17     Government, the person in charge of the corrections facility in which defendant
18     is confined shall deliver the defendant to a United States Marshal for the purpose
19     of an appearance in connection with a court proceeding; and
20 / / /
21 / / /
22 / / /

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 3